MARC P. COOK, ESQ.
Nevada Bar No. 004574
BAILUS COOK & KELESIS, LTD.
517 South 9th Street
Las Vegas, Nevada 89101
(702) 385-3788
mcook@bckltd.com
*Attorneys for Plaintiffs*

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * *

MARY K. IRVIN AND CHARLES W.
IRVIN,

              Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC, a
foreign limited liability company; DOES I
through X, inclusive, and ROE
CORPORATIONS I through X, inclusive,

              Defendants.

Case No.:    2:16-CV-02135-APG-VCF

**STIPULATION AND ORDER TO
DISMISS WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Mary K. Irvin,

and Charles W. Irvin, by and through their attorney, Marc P. Cook, Esq., of the law firm of Bailus

Cook & Kelesis, Ltd., and Defendants, Nationstar Mortgage LLC, by and through their attorneys,

Gary E. Schnitzer, Esq., and Adam J. Wax, Esq., of the law firm of Kravitz, Schnitzer & Johnson,

Page 1 of 3

1  Chtd., that Plaintiffs' claims against Defendants Nationstar Mortgage LLC, be dismissed with

2  prejudice, each party to bear their own costs.

3      **IT IS FURTHER STIPULATED** that the Discovery deadline currently scheduled for June

4  2017, be vacated;

5      **IT IS FURTHER STIPULATED** that the Motion Deadline currently scheduled for July 20,

6  2017, be vacated; and

7      **IT IS FURTHER STIPULATED** that the Proposed Pretrial currently scheduled for August

8  21, 2017, be vacated.

9      DATED this 8 day of May, 2017.

10  KRAVITZ, SCHNITZER &                    BAILUS COOK & KELESIS, LTD.
    JOHNSON, CHTD.

11

12  GARY E. SCHNITZER, ESQ.                 MARC P. COOK, ESQ.
    Nevada Bar No. 395                      Nevada Bar No. 4574

13  ADAM J. WAX, ESQ.                       517 South Ninth Street
    Nevada Bar No. 12126                    Las Vegas, Nevada 89101

14  8985 South Eastern Avenue
    Suite 200                               *Attorney for Plaintiffs*

15  Las Vegas, Nevada 89123

16  *Attorneys for Defendants*

17                         **O R D E R**

18      **IT IS SO ORDERED** this 10th day of _____May_____, 2017 that Plaintiffs; Complaint

19  against Defendants, Nationstar Mortgage LLC, be dismissed with prejudice, each party to bear their

20  own costs.

21      **IT IS FURTHER ORDERED** that the Discovery deadline currently scheduled for June

22  2017, is hereby vacated;

23      **IT IS FURTHER ORDERED** that the Motion Deadline currently scheduled for July 20,

24  2017, is hereby vacated; and

25

26

27

28                         Page 2 of 3

1       **IT IS FURTHER ORDERED** that the Proposed Pretrial currently scheduled for August 21,

2  2017, is hereby vacated.

3

4                             U.S. DISTRICT COURT JUDGE

Submitted By:

5                             Dated: May 10, 2017.

BAILUS COOK & KELESIS, LTD.

6

7

MARC P. COOK, ESQ.

8  Nevada Bar No. 004574

517 South 9th Street

9  Las Vegas, Nevada 89101

(702) 385-3788

10  *Attorneys for Plaintiffs Mary & Charles Irvin*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                         Page 3 of 3